UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 18, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ISIDRO ROBERTO ROJAS-GUZMAN,<br><br>      Defendant. | Case No.  2:25-mj-00048-CKD<br><br>**AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ISIDRO ROBERTO ROJAS-GUZMAN , Case No.  2:25-mj-00048-CKD , Charge 8 USC § 1326(a) and b(1), from custody for the following reasons:

   X    Release on Personal Recognizance

          Bail Posted in the Sum of $

          Unsecured Appearance Bond $

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

   X    (Other):  Defendants release is delayed until 03/19/2025 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 18, 2025, at 4:30 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire