MICHELE BECKWITH
Acting United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00074-JAM |
| Plaintiff, | **STIPULATION AND ORDER SETTING CHANGE OF PLEA AND SENTENCING, PSR SCHEDULE, AND EXCLUDE TIME** |
| v. | |
| ISIDRO ROJAS-GUZMAN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Isidro Rojas-Guzman, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on May 8, 2025 in front of the Honorable Troy L. Nunley.

2. By previous order, this matter was reassigned from the Honorable Troy L. Nunley to the Honorable John A. Mendez.

3. The parties have come to a resolution and now request that the status conference be converted into a change of plea and sentencing and set for May 20, 2025.

4. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 20, 2025; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon the reassignment of the case.

5.  Both parties also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: April 23, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *NICOLE VANEK*
NICOLE VANEK
Assistant United States Attorney

Dated: April 23, 2025

/s/ *Noa Oren*
NOA OREN
Counsel for Defendant
ISIDRO ROJAS-GUZMAN

## ORDER

Based on the stipulation of the parties, a **change of plea and sentencing** is **SET** for **05/20/2025, at 09:00 a.m.**, in person, in Courtroom 6, before Senior District Judge John A. Mendez.

The Pre-Plea PSR is due by **05/01/2025**. Any sentencing memorandum is due by **05/08/2025**. Any response thereto is due by **05/12/2025**.

Time is **EXCLUDED** through and including 05/20/2025, as described in the parties' Stipulation.

IT IS SO ORDERED.

Dated: April 24, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE